**Opinion issued October 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00669-CV

————————————

## IN RE CITY OF HOUSTON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On August 25, 2025, relator City of Houston filed a petition for writ of mandamus requesting that our Court compel the trial court to (1) vacate its order granting real party in interest Sandra Francis's motion for leave to conduct discovery; (2) rule on Kitwana Harvell's Rule 91a motion to dismiss; and (3) rule on the City's motion for summary judgment on grounds of governmental immunity.[1]

---

[1] The underlying case is *Sandra Francis v. Kitwana Harvell and City of Houston, Texas*, cause number 2025-07910, pending in the 113th District Court of Harris County, Texas, the Hon. Rabeea Sultan Collier presiding.

On September 24, 2025, the City filed a brief containing a request that our Court dismiss its mandamus petition and related motion for temporary relief, averring that both the petition and motion have been rendered moot by developments in the case. Construing the City's filing as a motion for voluntary dismissal of its mandamus petition, we grant the request and dismiss the petition. Any pending motions are dismissed as moot, and we lift the temporary stay imposed by our August 26, 2025 order.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.